UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NO. 19-mj-30550

WILLIAM ANTHONY SPARKS

    Aka "Chill",

    Defendant.



FILED
OCT 17 2019
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

    Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant William Anthony Sparks to answer to charges pending in another federal district, and states:

    1.    On or about October 17, 2019, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Southern District of West Virginia based on an Indictment. Defendant is charged in

that district with 21 U.S. Code § 841(a)(1) –Possession with intent to distribute Heroin.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Matthew Schneider
United States Attorney

*Lee Janice*
Lee Janice
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226-3211
LJanice@usdoj.gov
(313) 226-9740

Date: 10/17/19